IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **13-22031** |
| | | Chapter 13 |
| **John David Ludwig** | : | |
| **Theresa Louise Ludwig** | | Judge Wise |
| | : | |
| Debtors. | | **MOTION TO MODIFY PLAN** |
| | : | |

Now come the Debtors, by and through counsel, and respectfully move this Court to modify the most recently confirmed plan on this case, as set forth hereinbelow. In support of the motion, Debtors submit the following:

1. A plan has been confirmed.

2. Date petition filed: November 22, 2013    Date last modification filed: N/A

3. Date plan confirmed: February 11, 2014    Date last modification confirmed: N/A

    Dates of other modifications: N/A

4. Monthly Plan Payments:

    Current: $640.00                    Proposed: $669.00

    **If the plan changes the monthly payments**, then amended Schedules I and J are <u>attached</u> and will be filed with the Court.

Reason for the modification, including any changes in circumstances since last plan:

Debtors request a plan modification consistent with changes in their financial circumstances which have changed due to a Motion to Incur Debt which has been filed contemporaneously with this Motion.

WHEREFORE, Debtors pray for a modification of the current plan, and for such additional or alternative relief as may be just and proper.

/s/ **Eric A. Steiden**

                                                                        _____
Eric A. Steiden (OH: 0063978   KY: 88321)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(859) 581-3328
(513) 684-9910 - fax
esteiden@steidenlaw.com

## NOTICE

If the relief sought in this Motion is opposed, a written response to the Motion must be filed within twenty-one (21) days of the date of service as set forth in the certificate of service. The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

## CERTIFICATE OF SERVICE

I hereby certify that, on **November 5, 2014**, a copy of the foregoing Motion to Modify Plan was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

US Trustee
Beverly M. Burden, Chapter 13 Trustee

and on the following by first class mail addressed to:

John Ludwig, 2720 Ashland Avenue, Covington, KY 41015
Theresa Ludwig, 2720 Ashland Avenue, Covington, KY 41015
Advance America, 1313 Monmouth Street, Newport, KY 41071
Ally Automotive Financing, PO Box 380901, Minneapolis, MN 55438
Capital One, PO Box 105131, Atlanta, GA 30348-5131
Capital One, PO Box 5253, Carol Stream, IL 60197
Christ Hospital, PO Box 740117, Cincinnati, OH 45274-0117
Cincinnati Bell, c/o Bankruptcy Dept., 221 E. 4th Street, ML 121-800, Cincinnati, OH 45202
Cincinnati Enquirer, PO Box 740576, Cincinnati, OH 45206-0740
Credit Control, 5757 Phantom Drive, Hazelwood, MO 63042
Credit Control Company, Inc., PO Box 55165, Little Rock, AR 72215-5165
Credit Control Services, 94 Wells Avenue, Newton Center, MA 02459
DTA Solutions, LLC, 9428 Baymeadows Drive, Jacksonville, FL 32256
Duke Energy Bankruptcy Department, 139 East 4th Street, Cincinnati, OH 45201
Eagle Finance, 225 Main Street, Suite 1, Florence, KY 41042
Fast Payday Loans of KY, 2290 Alexandria Pike, Newport, KY 41071
GMAC Mortgage Corporation, PO Box 9001719, Louisville, KY 40290-1719
GMAC Mortgage Corporation, 1100 Virginia Drive, PO Box 8300, Fort Washington, PA 19034
Heights Finance, 2493 Dixie Highway, Fort Mitchell, KY 41017

Home Depot, PO Box 6497, Sioux Falls, SD 57117
IRS, PO Box 7346, Philadelphia, PA 19101-7346
Kohl's, P O Box 2983, Milwaukee, WI 53201-2983
Mayfield Clinic, PO Box 634398, Cincinnati, OH 45264
North Side Bank and Trust Company, 4125 Hamilton Avenue, Cincinnati, OH 45223
Northern. Kentucky Water Service Dist., PO Box 17010, Covington, KY 41017
OCWEN Federal Bank, 12650 Ingenuity Drive, Orlando, FL 32826
Ocwen Loan Servicing, PO Box 9001719, Louisville, KY 40290
Personal Finance Company, Florence Center, 8117 Connector Drive, Florence, KY 41022
Sanitation Dist. 1, 1045 Eaton Drive, Ft Wright, KY 41017
Springleaf Financial Services, 7932 Connector Drive, Florence, KY 41042-1435
St. Elizabeth Healthcare, PO Box 630808, Cincinnati, OH 45263
St. Elizabeth Physician Services, PO Box 636324, Cincinnati, OH 45263-6324
US Bank, PO Box 790117, Saint Louis, MO 63179
US Bank, PO Box 790408, Saint Louis, MO 63179
USFastCash, 3531 P St. NW, Miami, OK 74354-1904
Verizon, PO Box 920041, Dallas, TX 75392-0041
Westfield Insurance Companies, 1 Park Circle, PO Box 5001, Westfield Center, OH 44251-5001

**/s/ Eric A. Steiden**
_____
Eric A. Steiden (OH: 0063978   KY: 88321)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(859) 581-3328
(513) 684-9910 - fax
esteiden@steidenlaw.com