IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **13-22031** |
| | | Chapter 13 |
| **John David Ludwig** | : | |
| **Theresa Louise Ludwig** | | Judge Wise |
| | : | |
| Debtors. | | **ORDER GRANTING MOTION TO** |
| | : | **MODIFY PLAN POST-** |
| | | **CONFIRMATION** |

This matter is before the Court upon the Motion to Modify Plan filed by the Debtor. The reason for the Modification is set forth in the application.

For good cause shown, and there being no objection by the Trustee or any other party, the Court GRANTS the Motion for Modification of the Plan. The Plan is modified pursuant to the terms outlined in the Motion to Modify.

**IT IS SO ORDERED.**

Pursuant to Local Rule 9022-1, Eric Steiden shall cause a copy of this Order to be served upon each of the parties designated to receive this Order pursuant to Local Rule 9022(1)(a) and shall file with the Court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

Copies to:

US Trustee, 100 E. Vine Street, 5th Floor, Lexington, KY 40507
Beverly M. Burden, Chapter 13 Trustee, PO Box 2204, Lexington, KY 40588
John and Theresa Ludwig, 2720 Ashland Avenue, Covington, KY 41015
Advance America, 1313 Monmouth Street, Newport, KY 41071
Ally Automotive Financing, PO Box 380901, Minneapolis, MN 55438
Capital One, PO Box 105131, Atlanta, GA 30348-5131
Capital One, PO Box 5253, Carol Stream, IL 60197
Christ Hospital, PO Box 740117, Cincinnati, OH 45274-0117
Cincinnati Bell, c/o Bankruptcy Dept., 221 E. 4th Street, ML 121-800, Cincinnati, OH 45202
Cincinnati Enquirer, PO Box 740576, Cincinnati, OH 45206-0740
Credit Control, 5757 Phantom Drive, Hazelwood, MO 63042
Credit Control Company, Inc., PO Box 55165, Little Rock, AR 72215-5165
Credit Control Services, 94 Wells Avenue, Newton Center, MA 02459
DTA Solutions, LLC, 9428 Baymeadows Drive, Jacksonville, FL 32256
Duke Energy Bankruptcy Department, 139 East 4th Street, Cincinnati, OH 45201
Eagle Finance, 225 Main Street, Suite 1, Florence, KY 41042
Fast Payday Loans of KY, 2290 Alexandria Pike, Newport, KY 41071

GMAC Mortgage Corporation, PO Box 9001719, Louisville, KY 40290-1719
GMAC Mortgage Corporation, 1100 Virginia Drive, PO Box 8300, Fort Washington, PA 19034
Heights Finance, 2493 Dixie Highway, Fort Mitchell, KY 41017
Home Depot, PO Box 6497, Sioux Falls, SD 57117
IRS, PO Box 7346, Philadelphia, PA 19101-7346
Kohl's, P O Box 2983, Milwaukee, WI 53201-2983
Mayfield Clinic, PO Box 634398, Cincinnati, OH 45264
North Side Bank and Trust Company, 4125 Hamilton Avenue, Cincinnati, OH 45223
Northern. Kentucky Water Service Dist., PO Box 17010, Covington, KY 41017
OCWEN Federal Bank, 12650 Ingenuity Drive, Orlando, FL 32826
Ocwen Loan Servicing, PO Box 9001719, Louisville, KY 40290
Personal Finance Company, Florence Center, 8117 Connector Drive, Florence, KY 41022
Sanitation Dist. 1, 1045 Eaton Drive, Ft Wright, KY 41017
Springleaf Financial Services, 7932 Connector Drive, Florence, KY 41042-1435
St. Elizabeth Healthcare, PO Box 630808, Cincinnati, OH 45263
St. Elizabeth Physician Services, PO Box 636324, Cincinnati, OH 45263-6324
US Bank, PO Box 790117, Saint Louis, MO 63179
US Bank, PO Box 790408, Saint Louis, MO 63179
USFastCash, 3531 P St. NW, Miami, OK 74354-1904
Verizon, PO Box 920041, Dallas, TX 75392-0041
Westfield Insurance Companies, 1 Park Circle, PO Box 5001, Westfield Center, OH 44251-5001

2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, December 01, 2014
(tnw)